UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Connecticut River Bank, NA

v.  Case No. 07-cv-410-PB

Daniel J. McDonald, et al

## ORDER

This case was transferred to the US District Court from the Grafton County Superior Court. Funds on deposit in that court totaling $93,692.68 have been transferred to the US District Court as of May 27, 2009 (receipt 31703). As the funds were previously in an interest-bearing account, the Clerk shall accept and deposit said funds into the Registry of the Court until further notice,

IT IS HEREBY FURTHER ORDERED that the Clerk shall:

1. Cause the funds to be invested in the Court Registry Investment System;

2. Deduct a registry fee equal to ten percent (10%) of the interest earned on said funds pursuant to the directive of the Judicial Conference of the United States; and

3. Deduct the registry fee prior to the disbursement of funds without further order of the Court.

May 30  2008

Paul Barbadoro
United States District Judge

cc:  Mark C. Russell, Esq.
Daniel J. McDonald
Ann M. McDonald
Julie C. Avetta, Esq.