IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| CONNECTICUT RIVER BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:07-cv-00410-PB |
| ) | |
| DANIEL J. McDONALD, ANNE M. ) | |
| McDONALD, and UNITED STATES OF ) | Judge Barbadoro |
| AMERICA, ) | |
| ) | |
| Defendants. ) | |

### ORDER

This matter having come before this Court upon the motion of the United States for judgment as a matter of law, and the United States having shown good cause, this Court, finding that the United States' motion should be granted, hereby GRANTS the motion.

Accordingly, it is ORDERED that the funds interplead before this court be distributed 50% to defendant Anne M. McDonald and 50% to the United States of America, for application toward the unpaid assessed tax liabilities of defendant Daniel J. McDonald.

**IT IS SO ORDERED**.

Date: 10/17/2008               /s/ Paul Barbadoro
                               HON. PAUL BARBADORO
                               UNITED STATES DISTRICT JUDGE